

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |  |
|---|---|---|---|
| | § | | |
| Lilli M. Heinrich/Michael V. Calderazzo, Mark Austin, Stanley Hays, Tyler Grossman, Ralph Johnson, Jerry Villanueva, William F. Studer, Terri Garcia, Dr. Robert D. Tollen, John Davis III, et al., | § | No. 08-15-00328-CV | |
| | § | Appeal from the | |
| | § | County Court at Law No. 3 | |
| | § | of El Paso County, Texas | |
| Appellants, | § | (TC# 2004-2313) | |
| v. | § | | |
| Michael V. Calderazzo, Mark Austin, Stanley Hays, Tyler Grossman, Ralph Johnson, Jerry Villanueva, William F. Studer, Terri Garcia, Dr. Robert D. Tollen, John Davis III, et al./Lilli M. Heinrich, | § | | |
| | § | | |
| | § | | |
| Appellees. | § | | |

# **O R D E R**

The Court GRANTS the Appellees/Cross-Appellants Michael V. Calderazzo, Mark Austin, Stanley Hays, Tyler Grossman, Ralph Johnson, Jerry Villanueva, William F. Studer, Terri Garcia, Dr. Robert D. Tollen, John Davis, III, and Presi Ortega, In Their Official Capacities as Members of the Board of Trustees of The El Paso Fireman & Policeman's Pension Fund's third motion for extension of time within which to file the brief until **October 4, 2016**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES/CROSS-APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ben L. Mesches, the attorney for Appellees/Cross-Appellants, prepare the brief and forward the same to this Court on or before October 4, 2016.

IT IS SO ORDERED this 25th day of August, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.